# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA,<br><br>            Plaintiff,<br><br>     v.<br><br>FRESNO COUNTY, et al.,<br><br>            Defendants.<br>_____/ | **CASE NO. 1:14-cv-00142-LJO-SKO**<br><br>**ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM**<br><br>**(Doc. 4)**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Docs. 3, 5)** |

Plaintiff Dominic Hanna filed a complaint on February 3, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, through his proposed guardian ad litem, Kathy Henderson.  Ms. Henderson also submitted a petition to be appointed Plaintiff's guardian ad litem.  Good cause appears to appoint Kathy Henderson as Plaintiff's guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c)(2).  Additionally, the application to proceed *in forma pauperis* demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner Kathy Henderson is APPOINTED as Plaintiff's guardian ad litem; and
2. Plaintiff's application to proceed *in forma pauperis*, made through Plaintiff's guardian ad litem, is GRANTED.

IT IS SO ORDERED.

   Dated:    **February 5, 2014**               **/s/ Sheila K. Oberto**
                                                               UNITED STATES MAGISTRATE JUDGE