1
2
3                    UNITED STATES DISTRICT COURT
4                  FOR THE EASTERN DISTRICT OF CALIFORNIA
5
6  DOMINIC HANNA,                    )    Case No. 1:14-cv-00142 LJO-SKO
                                     )
        Plaintiff,                   )
7  v.                                )    STIPULATION TO RESET
                                     )    SCHEDULING CONFERENCE TO
8  FRESNO COUNTY, et al.,            )    OCTOBER 2, 2014 AT 10:30 A.M.;
                                     )    ORDER
9        Defendants.                 )

10       THE PARTIES HEREBY STIPULATE to reset the Scheduling Conference currently
11  set in this matter for August 28, 2014, 10:30 a.m., to OCTOBER 2, 2014, at 10:30 a.m., due
12  to availability of plaintiff's counsel.

13

14  **IT IS SO STIPULATED:**

15

16  Dated:      June 27, 2014              ROBERT NAVARRO
                                           CAROLYN D. PHILLIPS
17

18
                                           By: /s/ Robert Navarro
19                                         Robert Navarro
                                           Attorneys for Plaintiff
20                                         DOMINIC HANNA

21
    Dated:      June 27, 2014              FRESNO COUNTY COUNSEL
22

23

24  Stipulation To Reset Scheduling Conference To October 2, 2014 at 10:30 a.m.; Order; *Hanna v.
    County of Fresno, et al.*, Case No. 1:14-cv –LJO/SKO                                    1

By: /s/ Michael R. Linden
MICHAEL R. LINDEN
Deputy County Counsel
Attorneys for Defendants
FRESNO COUNTY, et al

## ORDER

The parties have stipulated to continue the scheduling conference currently set for August 28, 2014, due to the unavailability of Plaintiffs' counsel.

Accordingly, IT IS HEREBY ORDERED that the Scheduling Conference is CONTINUED to October 2, 2014, at 10:30 a.m.

IT IS SO ORDERED.

Dated: **June 30, 2014**                              **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE