ROBERT NAVARRO
Bar No. 128461
Attorney at Law
1245 N. Wishon Ave., Ste. 3
Fresno, California 93728
tel: 559.497-5341   fax:  559.497-5471
robrojo@att.net

CAROLYN D. PHILLIPS
Bar No. 103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
tel:  559.248.9833  fax:  559.248.9820
cdp18@sbcglobal.net

Attorneys for Plaintiff DOMINIC HANNA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| DOMINIC HANNA, by and through his guardian ad litem KATHY HENDERSON, <br><br> Plaintiff, <br><br> v. <br><br> FRESNO COUNTY, et al., <br><br> Defendants. | Case No. 1:14-cv-00142 LJO/SKO <br><br> STIPULATION TO RESET HEARING ON DEFENDANTS' MOTION TO DISMISS TO <u>NOVEMBER 13, 2014</u>; ORDER <br><br> New Hearing Date:  November 13, 2014 <br> Time:                          8:30 a.m. <br> Crtrm:                         4 <br> Hon. Lawrence J. O'Neill |

     IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, Michael Linden, counsel for the County of Fresno and County defendants, and Robert Navarro and Carolyn D. Phillips, attorneys for plaintiff Dominic Hanna, by and through his guardian ad litem Kathy Henderson, to

Stipulation To Reset Hearing On Defendants' Motion To Dismiss To <u>November 13, 2014</u>; [Proposed] Order; *Hanna v. County of Fresno, et al.,* Case No. 1:14-cv –LJO/SKO    1

reset the hearing on defendants' Motion To Dismiss Third Amended Complaint from October 3, 2014 to November 13, 2014, 8:30 a.m.

The resetting of the hearing and new briefing schedule on behalf of the plaintiff is necessary due to counsel's personal circumstances involving serious medical issues.

The parties have stipulated to the following briefing deadlines: plaintiff's opposition to the motion will be filed on or before October 30, 2014; defendants' reply shall be filed on or before November 6, 2014.

**IT IS SO STIPULATED.**

Dated:     September 3, 2014          ROBERT NAVARRO
                                      CAROLYN D. PHILLIPS

                                      By: /s/ Carolyn D. Phillips
                                      CAROLYN D. PHILLIPS
                                      Attorneys for Petitioner
                                      DOMINIC HANNA


Dated:     September 3, 2014          FRESNO COUNTY COUNSEL

                                      By:/s/ Michael R. Linden
                                      MICHAEL R. LINDEN
                                      Deputy County Counsel
                                      Attorneys for
                                      THE COUNTY OF FRESNO


## ORDER

IT IS HEREBY ORDERED that the hearing on defendants' motion to dismiss the third amended complaint shall be reset to November 13, 2014 at 8:30 a.m.

The briefing schedule shall be as follows: plaintiff's opposition to the motion will be filed on or before October 30, 2014; defendants' reply shall be filed on or before November 6, 2014.

IT IS SO ORDERED.

Dated: **September 4, 2014**          /s/ **Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE