# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA, | Case No. 1:14-cv-00142-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER STAYING LITIGATION** |
| FRESNO COUNTY, et al., | |
| Defendants. | |

On January 29, 2015, the parties filed a stipulation requesting that the Court enter a stay of proceedings. The parties agree that Plaintiff Dominic Hanna's mental competence has become an issue in a separate Fresno County Superior Court case which will impact the proceedings in this case.

Having reviewed the parties' stipulation, the Court grants the request to suspend further litigation in this matter until the Fresno County Superior Court determines plaintiff Dominic Hanna's mental competence.

Accordingly, IT IS HEREBY ORDERED that:

1. This litigation is STAYED until the Fresno County Superior Court renders a determination as to Plaintiff Hanna's competence;

2. Within five (5) days of the Fresno County Superior Court's determination of plaintiff Hanna's competence, plaintiff's counsel shall inform defendants' counsel of the determination;

3.      All Rule 26 disclosures shall be exchanged within ten (10) days of the Fresno County Superior Court's competence ruling; and

4.      Within fourteen days (14) days of the Fresno County Superior Court's determination of plaintiff Hanna's competence, the parties shall file a status report indicating whether the litigation may proceed, and if so, whether the scheduling deadlines have been impacted and they shall propose new deadlines, as necessary.

IT IS SO ORDERED.

Dated:   **February 4, 2015**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE