# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA,<br><br>           Plaintiff,<br><br>    v.<br><br><br>FRESNO COUNTY, et al.,<br><br>           Defendants.<br>_____/ | Case No. 1:14-cv-00142-LJO-SKO<br><br>**ORDER RE PARTIES' STIPULATION AS TO CASE STATUS** |

      On January 29, 2015, the parties filed a stipulation requesting that the Court enter a stay of proceedings because Plaintiff Dominic Hanna's ("Plaintiff") mental competence had become an issue in a separate Fresno County Superior Court case which would impact the proceedings in this case. The parties' request to stay the case was granted on February 4, 2015, and the case has been stayed since that time.

      On May 8, 2015, the parties filed a stipulation regarding the status of the case. The parties indicated that the Fresno County Superior Court found Plaintiff competent to stand trial in the criminal proceedings before that court. (Doc. 57.) The parties agreed that Plaintiff will serve his Rule 26 initial disclosures by June 8, 2015, and Plaintiff would file a request to discharge Plaintiff's guardian ad litem, Kathy Henderson, as Plaintiff was determined to be competent.

      Defendants anticipate their counsel will be substituted in May 2015. Due to the need for new counsel to become familiar with the case, Defendants will serve their Rule 26 initial disclosures by June 8, 2015.

As this case has been stayed for approximately 3 months, the parties shall file a status report by no later than June 12, 2015, indicating whether the schedule requires modification and, if so, the parties shall submit a proposed schedule with new deadlines.

Accordingly, IT IS HEREBY ORDERED that:

1. This stay of litigation is LIFTED;
2. The parties agree to serve their initial disclosures by no later than June 8, 2015; and
3. By no later than June 12, 2015, the parties shall file a status report indicating whether new scheduling deadlines are necessary due to the 3 month stay of litigation, and if so, they shall propose new scheduling deadlines.

IT IS SO ORDERED.

Dated:   **May 13, 2015**                             **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE