# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA, by and through his Guardian Ad Litem, Kathy Henderson,<br><br>    Plaintiff,<br><br> v.<br><br><br>COUNTY OF FRESNO,<br><br>    Defendant.<br>_____/ | Case No. 1:14-cv-00142-LJO-SKO<br><br>**ORDER FOR MODIFICATION OF SCHEDULING ORDER**<br><br>(Doc. 59) |

### ORDER FOR MODIFICATION OF SCHEDULING ORDER

On January 29, 2015, the parties filed a stipulation requesting that the Court enter a stay of proceedings because Plaintiff Dominic Hanna's ("Plaintiff") mental competence had become an issue in a separate Fresno County Superior Court case which would impact the proceedings in this case. The parties' request to stay the case was granted on February 4, 2015, and the case has been stayed since that time.

On May 8, 2015, the parties filed a stipulation regarding the status of the case. The parties indicated that the Fresno County Superior Court found Plaintiff competent to stand trial in the criminal proceedings before that court. (Doc. 57.) The parties agreed that Plaintiff will serve his Rule 26 initial disclosures by June 8, 2015, and Plaintiff would file a request to discharge Plaintiff's guardian ad litem, Kathy Henderson, as Plaintiff was determined to be competent.

In accordance with the Court's order on May 13, 2015 (Doc. 58), the parties met and conferred and filed a status report proposing new scheduling deadlines (Doc. 59).

IT IS HEREBY ORDERED that the dates be extended as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Initial Disclosures | January 20, 2015 | **June 8, 2015** |
| Non-Expert Discovery Deadline | October 19, 2015 | **January 11, 2016** |
| Expert Disclosures | October 31, 2015 | **February 1, 2016** |
| Rebuttal-Supplemental Expert Disclosures | November 30, 2015 | **March 1, 2016** |
| Expert Discovery Deadline | January 29, 2016 | **May 2, 2016** |
| Non-Dispositive Motion Filing Deadline | February 3, 2016 | **May 16, 2016** |
| Non-Dispositive Motion Hearing Deadline | March 2, 2016 | **June 15, 2016** |
| Dispositive Motion (MSJ) Filing Deadline | February 24, 2016 | **June 20, 2016** |
| Dispositive Motion (MSJ) Hearing Deadline | April 6, 2016 | **July 20, 2016** |
| Final Pre-Trial Conference | May 25, 2016 8:15 a.m., Ctrm 4 | **August 31, 2016 8:15 a.m., Ctrm 7** |
| TRIAL | July 26, 2016 8:30 a.m., Ctrm 4 (10 trial days) | **October 12, 2016 8:30 a.m., Ctrm 4 (10 trial days)** |

IT IS SO ORDERED.

Dated:   **June 8, 2015**              /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE