# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA, by and through his Guardian Ad Litem, Kathy Henderson, | Case No. 1:14-cv-00142-LJO-SKO |
| Plaintiff, | **ORDER APPROVING STIPULATED PROTECTIVE ORDER** |
| v. | (Doc. 69) |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

On July 8, 2015, the parties filed a stipulated proposed protective order and requested that it be entered by the Court. (Doc. 69.) The protective order encompasses Plaintiff's medical and psychiatric records, and the parties have agreed to the terms of its use and scope of its confidentiality.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that a protective order is entered pursuant to the terms set forth in the parties' stipulation filed on July 8, 2015, at Docket No. 69.

IT IS SO ORDERED.

Dated:  **July 13, 2015**                                    **/s/ Sheila K. Oberto**
                                                                              UNITED STATES MAGISTRATE JUDGE