UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA, | Case No. 1:14-cv-00142 |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART REQUEST TO MODIFY THE SCHEDULING ORDER |
| v. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

On September 9, 2015, the parties filed a stipulation to modify the scheduling order. (Doc. 78.) The parties maintain a schedule modification is necessary because discovery has been significantly complicated by the extreme physical limitations of Plaintiff.

Plaintiff is currently housed at the Golden Cross assisted living facility under the care of a physician. Among many other limitations, Plaintiff cannot hold a document in his hand and for him to read anything, a document must be held for him. His voice is very soft and his speech is low, thus conversations with him take far longer than with an unimpaired individual. Due to these limitations, preparation for his deposition will require an extended period of time, and his 7-hour deposition will probably require three or four days. Plaintiff also needs to take approximately five additional depositions following Plaintiff's September 22,

*Order re Stipulation to Modify Scheduling Order;*
 *Dominic Hanna v. County of Fresno, et al., Case No.* 1:14-cv-00142 LJO/SKO

1

2015, deposition. The parties have thus requested that all remaining deadlines be extended approximately 60 days.

Although the parties have established that additional time is necessary to prepare for and conduct Plaintiff's deposition, there is no good cause stated to modify the entire schedule of deadlines. The Court will grant the parties an additional 30 days in light of the additional time needed to prepare for and take Plaintiff's deposition, but a wholesale continuance of all deadlines is denied.

Accordingly, the deadlines are modified as set forth below.

**Discovery Deadlines**:

    Non Expert Discovery:    February 8, 2016

    Expert Disclosure:    February 29, 2016

    Sup. Expert Disclosures:    March 25, 2016

    Expert Discovery:    May 27, 2016

**Non-Dispositive Motion Deadlines:**

    Filing:    June 20, 2016

    Hearing:    July 20, 2016

**Dispositive Motion Deadlines:**

    Filing:    June 20, 2016

    Hearing:    July 20, 2016

**Settlement Conference:**

    April 8, 2016, 10 a.m., Courtroom 6, before U.S. Magistrate Judge Seng

2

*Order re Stipulation to Modify Scheduling Order;*
 *Dominic Hanna v. County of Fresno, et al., Case No.*  1:14-cv-00142 LJO/SKO

**Pre-Trial Conference:**

    August 31, 2016

**Trial:**

    October 12, 2016

The deadlines and dates pertaining to dispositive motions, the Pretrial Conference, and the Trial have not been modified.


IT IS SO ORDERED.

Dated:  **September 7, 2015**                    **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE

*Order re Stipulation to Modify Scheduling Order;*
 *Dominic Hanna v. County of Fresno, et al., Case No.*  1:14-cv-00142 LJO/SKO

3