UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dominic Hanna, <br><br> Plaintiff, <br><br> vs. <br><br> County of Fresno, et al. <br><br> Defendants. | Case No: 1:14-cv-00142-LJO-SKO <br><br> **STIPULATION re LOCATION OF PLAINTIFF'S RULE 35 EXAMINATION; ORDER THEREON** |

On November 24, 2015, the Honorable Sheila K. Oberto, United States Magistrate Judge, granted defendants' Motion for a Rule 35 Examination of Plaintiff (Doc. 96) to be conducted on January 11 and 12, 2016.  At that time the plaintiff, Dominic Hanna, resided at Golden Cross, a facility in Fresno.  On December 7, 2015, Mr. Hanna was transferred to the infirmary at North Kern State Prison, 2737 West Cecil Avenue, Delano, California 93216.  In view of the change in plaintiff's residence, the parties hereby stipulate, through their respective counsel, that the words "Golden Cross" on page 13, line 18, of the Order (Doc. 96) be ordered deemed stricken and the words "North Kern State Prison Infirmary" be ordered deemed inserted to permit the examination to take place at North Kern State Prison.  All other terms of the Court's Order of November 24, 2015, Document 96, remain in full force and effect.

Dated:  December 18, 2015              STAMMER, McKNIGHT, BARNUM & BAILEY LLP

|   |   |
|---|---|
| | By   /s/ Carey H. Johnson |
| | Carey H. Johnson |
| | Attorneys for Defendants |

Dated:  December 18, 2015      Carolyn Phillips
Robert Navarro

                              By    /s/ Carolyn Phillips
                                    Carolyn Phillips
                                    Attorneys for Plaintiff

### ***ORDER***

Pursuant to the parties' stipulation, Plaintiff's Rule 35 examination will be held at Plaintiff's new residence at North Kern State Prison Infirmary.   The Court's November 24, 2015, order is deemed amended pursuant to this stipulation.

IT IS SO ORDERED.

Dated:   **December 22, 2015**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE