# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA, | Case No.  1:14-cv-00142 LJO/SKO |
| Plaintiff, | **STIPULATION TO PROTECTIVE ORDER OF INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF HANNA** |
| vs. | |
| COUNTY OF FRESNO, *et al.*, | |
| Defendants. | |

Subject to the approval of this Court, the parties, defendants by and through counsel Carey Johnson and Michelle Pepper, and plaintiff through his counsel of record Robert Navarro and Carolyn Phillips, hereby stipulate to the following protective order regarding the INDEPENDENT MENTAL EXAMINATION of Plaintiff Hanna by Dr. Alan A. Abrams.  All psychological tests, mental health assessment, notes, video, reports, and all responses by plaintiff Hanna are confidential material which are governed by this PROTECTIVE ORDER.

1) Access to the Independent Mental Examination of Dominic Hanna by Dr. Alan A. Abrams, including all notes of Dr. Abrams, test results, video tape of the examination, and any and all responses of Dominic Hanna to the examination, including psychiatric records and reports, may be disclosed or made available only to the Court, to counsel for a party (including the paralegal, clerical, and secretarial staff employed by such counsel), and to the "qualified person" designated below:

        a)     Fresno County Risk Management on behalf of the Fresno County Board of Supervisors;

        b)     experts, consultants, psychologists, psychiatrists, or other health care professionals retained by such counsel to assist in the prosecution, defense, or settlement of this action;

        c)     court reporter(s) employed in this action;

        d)     a witness at any deposition or other proceeding in this action; and

        e)     any other person as to whom the parties in writing agree.

2)     Each "qualified person" to whom disclosure of the confidential material is made shall prior to the time of disclosure be provided by the person furnishing such materials a copy of this Order, and shall execute a nondisclosure agreement in the form of Attachment A, to be maintained by counsel.

3)     Depositions shall be taken only in the presence of qualified persons.

4)     If any of the materials subject to this protective order are included in any papers to be filed in Court, such papers shall be labeled "Confidential—Subject to Court Order" and filed under seal until further order of this Court.

5)     In the event that any of the above-described confidential material is used in any court proceeding in this action, it shall not lose its confidential status through such use, and the party using such shall take all reasonable steps to maintain its confidentiality during such use.

6)     Nothing in this Order nor the production of any information or document under the terms of this Order nor any proceedings pursuant to this Order shall be

deemed to have the effect of an admissions or waiver by either party or of altering the confidentiality or nonconfidentiality of any such document or information or altering any existing obligation of any party or the absence thereof.

7) Upon termination of this case, counsel for the parties shall assemble all protected records, all deposition transcripts, and all copies of same, and destroy these documents. Each party shall certify the destruction thereof.

## ATTACHMENT A
## NONDISCLOSURE AGREEMENT

I, _____ do solemnly swear that I am fully familiar with the terms of the Stipulated protective Order entered in *Hanna v. The County of Fresno, et. al.*, United States District Court for the Eastern District of California, Case No. 1:14-cv-00142 LJO/SKO, and hereby agree to comply with and be bound by the terms and conditions of said Order unless and until modified by further Order of this Court. I hereby consent to the jurisdiction of said Court for purposes of enforcing this Order.

Dated:

/s/

**IT IS SO STIPULATED:**

Dated:        January 6, 2016              ROBERT NAVARRO
                                           CAROLYN D. PHILLIPS

Stipulated Protective Order; IME *Hanna v. County of Fresno, et al., Case No. 1:14-cv-00142 LJO/SKO*                                    3

By: /s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorneys for Plaintiff
DOMINIC HANNA

Dated: January 6, 2016

STAMMER, McKNIGHT, BARNUM & BAILEY

By: /s/ Carey Johnson
CAREY JOHNSON
Attorneys for Defendants COUNTY OF FRESNO, MARGARET MIMS, EDWARD MORENO, PRATAP NARAYEN, RICK HILL, MARILYNN WELDON, TRICIA NEKOLA, KAREN NUNEZ, and THAYIN VU

## ORDER

Pursuant to the parties' stipulation, the terms of the above protective order are approved.

IT IS SO ORDERED.

Dated: **January 7, 2016**                    /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE