UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA, BY AND THROUGH HIS GUARDIAN AD LITEM, KATHY HENDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO,<br><br>    Defendant. | Case No: 1:14-cv-00142-LJO-SKO<br><br>STIPULATION AND ORDER RE NEW SCHEDULING DEADLINES |

The parties request to amend the currently scheduling order based on several factors.  Both parties need additional time for expert disclosure.  The Settlement Conference scheduled for April 8, 2016, would likely not be productive as non-expert discovery currently closes that day and supplemental expert disclosure would have just occurred.  Non Dispositive Motions may result in discovery that will affect Dispositive Motions.  Based thereon, Plaintiff and Defendant have met and conferred and agree to the following scheduling deadlines subject to approval by the Court:

**Discovery Deadlines:**
    Non Expert Discovery:  April 8, 2016 (currently same)
    Expert Disclosure:  March 25, 2016 (currently February 29, 2016)
    Sup. Expert Disclosures:  April 23, 2016 (currently March 25, 2016)
    Expert Discovery:  May 27, 2016 (currently same)

**Non-Dispositive Motion Deadlines:**
    Filing:  June 20, 2016 (same)
    Hearing:  July 20, 2016 (same)

**Dispositive Motion Deadlines:**
    Filing:  September 20, 2016 (currently June 20, 2016)
    Hearing:  November 21, 2016 (currently July 20, 2016)

**Settlement Conference:**
    August 19, 2016, at 10:00 a.m.  (currently April 8, 2016)
    Courtroom 6

**Pre-Trial Conference:**
    January 5, 2017, at 8:15 a.m.  (currently August 31, 2016)
    Courtroom 4

**Trial:**
    February 15, 2017, at 8:30 a.m. (currently October 12, 2016)
    Courtroom 4
    10 Trial Days

Dated:  February 16, 2016    Carolyn Phillips
                                      Robert Navarro

                                        By ____/s/ Carolyn Phillips, Esq._____
                                            Carolyn Phillips
                                            Attorneys for Plaintiff

Dated:  February 16, 2016    STAMMER, McKNIGHT, BARNUM & BAILEY LLP

                                        By ____/s/ Michelle Pepper, Esq. _____
                                            Michelle Pepper
                                            Attorneys for County of Fresno

## ***ORDER***

The parties request a schedule modification for additional time to disclose experts. Given the request process for expert-witness fees in which Plaintiff's counsel must engage as appointed counsel, the deadline for expert disclosure will be extended.  The parties also indicate they anticipate filing non-dispositive motions related to discovery that will affect the filing of dispositive motions, which in turn requires extension of those deadlines and the subsequent deadlines.  Absent truly good cause, this will be the final schedule modification permitted.  The deadlines shall be extended as follows:

| **Event** | **Existing Deadline** | **New Deadline** |
| --- | --- | --- |
| Non Expert Discovery | April 8, 2016 | April 8, 2016 |

| | | |
|---|---|---|
| Expert Disclosure | February 29, 2016 | March 25, 2016 |
| Rebuttal Expert Disclosure | March 25, 2016 | April 23, 2016 |
| Expert Discovery Deadline | May 27, 2016 | May 27, 2016 |
| Non-Disp. Motion Filing | June 20, 2016 | June 20, 2016 |
| Non-Disp. Motion Hearing | July 20, 2016 | July 20, 2016 |
| Dispositive Motions Filing | June 20, 2016 | September 20, 2016 |
| Dispositive Motion Hearing | July 20, 2016 | November 2, 2016 |
| Pretrial Conference | August 31, 2016 | January 5, 2017[1] |
| Trial | October 12, 2016 | March 7, 2017[2] |
| Settlement Conference | April 8, 2016 | August 19, 2016, at 10:30 a.m. |

IT IS SO ORDERED.

Dated:   **February 17, 2016**             /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The pretrial conference will be held in Courtroom 4 at 8:15 a.m.

[2] The trial will be held in Courtroom 4 at 8:30 a.m.