# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA, | Case No. 1:14-cv-00142-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR AUTHORITY TO INCUR COSTS** |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff proceeds in this case against Defendants under 42 U.S.C. § 1983 represented by appointed counsel. The Court has received a second request from Plaintiff's counsel seeking authority to incur $15,000 in expert-witness fees so that the expert may review the record, consult with counsel, and prepare for deposition and trial testimony. (Doc. 107.)

This is Plaintiff's second request to incur expert witness fees. The first request for $19,950 (Doc. 106) was denied without prejudice to a renewed request less than half the amount requested

that set forth a basis for the hourly rate and fees requested. (Doc. 104.) Plaintiff's second request for $15,000 seeks authority to incur expert-witness fees for a second expert witness. For the reasons discussed in the Court's order on Plaintiff's first request for expert fees, this second request is also denied. In considering an amended request for expert fees, the Court will approve fees for only **one** expert witness, and Plaintiff shall set forth the basis for the fees requested.

Accordingly, it is HEREBY ORDERED that Plaintiff's second request for authority to incur expert-witness fees for $15,000 is DENIED without prejudice as discussed above.

IT IS SO ORDERED.

Dated:   **March 8, 2016**                                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE