UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA, | Case No: 1:14-cv-00142-LJO-SKO |
| Plaintiff, | |
| vs. | **ORDER RE NEW** |
| COUNTY OF FRESNO, | **SCHEDULING DEADLINES** |
| Defendant. | |

The Court has received email communications from Plaintiff's counsel seeking to extend the expert disclosure deadlines.  As Plaintiff's counsel is appointed by the Court and must go through an additional cost-approval process before retaining expert witnesses, and because the issue of approval of certain expert-witness costs has just been resolved, the Court finds there is good cause to modify the schedule to allow additional time for expert disclosures and discovery. Only the dates related to expert disclosures and discovery have been modified.   All other schedule dates remain unchanged.

| **Event** | **Existing Deadline** | **New Deadline** |
|---|---|---|
| Non Expert Discovery | April 8, 2016 | April 8, 2016 |
| Expert Disclosure | March 25, 2016 | **April 22, 2016** |
| Rebuttal Expert Disclosure | April 23, 2016 | **May 13, 2016** |
| Expert Discovery Deadline | May 27, 2016 | **June 13, 2016** |
| Non-Disp. Motion Filing | June 20, 2016 | June 20, 2016 |

| | | |
|---|---|---|
| Non-Disp. Motion Hearing | July 20, 2016 | July 20, 2016 |
| Dispositive Motions Filing | September 20, 2016 | September 20, 2016 |
| Dispositive Motion Hearing | November 2, 2016 | November 2, 2016 |
| Pretrial Conference | January 5, 2017[1] | January 5, 2017 |
| Trial | March 7, 2017[2] | March 7, 2017 |
| Settlement Conference | April 8, 2016 | August 19, 2016, at 10:30 a.m. |

Given the parties' existing pretrial and trial dates, the schedule is unlikely to be further modified. To the extent any further requested schedule modification would impact the parties' trial date, such motion or stipulation must be directed to District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **March 22, 2016**                              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The pretrial conference will be held in Courtroom 4 at 8:15 a.m.

[2] The trial will be held in Courtroom 4 at 8:30 a.m.