UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA, ) | Case No. 1:14-cv-00142 LJO-SKO |
| ) | |
| Plaintiff, ) | STIPULATION FOR MODIFICATION |
| v. ) | OF SCHEDULED CASE DEADLINES; |
| ) | ORDER |
| FRESNO COUNTY, et al., ) | |
| ) | (Doc. 116) |
| Defendants. ) | |
| ——————————————— ) | |

In compliance with this Court's April 18, 2016 Order, the parties through their respective legal counsel have met and conferred regarding a modification of the current scheduled deadlines while retaining the trial date of March 7, 2017.  In that regard the parties have agreed to the following modified scheduled case deadlines:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Expert Disclosure | April 22, 2016 | July 1, 2016 |
| Rebuttal Expert | May 13, 2016 | August 1, 2016 |
| Expert Discovery | June 13, 2016 | Sept 30, 2016 |
| NonDisp. Mtn Filing | June 20, 2016 | August 30, 2016 |
| NonDisp Hearing | July 20, 2016 | Sept 28, 2016 |
| Dispo Filing | September 20, 2016 | October 29, 2016 |
| Dispo Hearing | November 2, 2016 | December 7, 2016 |
| PreTrial Conf. | January 5, 2017 | January 26, 2017 |
| Trial | March 7, 2017 | March 7, 2017 |

1  Settlement Conf	August 19, 2016	October 3, 2016

2

3

4

5  **IT IS SO STIPULATED:**

6

7  Dated:	April 19, 2016	ROBERT NAVARRO
	CAROLYN D. PHILLIPS

8
	By: /s/ Carolyn D, Phillips
9	Carolyn D. Phillips
	Attorneys for Petitioner
10	DOMINIC HANNA

11
Dated:	April 19, 2016	STAMMER, McKNIGHT
12
	By:/s/Carey Johnson
13	CAREY JOHNSON
	Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

GOOD CAUSE APPEARING, the parties' stipulated request to modify the current case deadlines is GRANTED with the exception of the settlement conference date which has been set for October 7, 2016.

The scheduled deadlines shall be modified as follows:

| Event | Existing Deadline | New Deadline |
| --- | --- | --- |
| Expert Disclosure | April 22, 2016 | July 1, 2016 |
| Rebuttal Expert | May 13, 2016 | August 1, 2016 |
| Expert Discovery | June 13, 2016 | Sept. 30, 2016 |
| NonDisp. Mtn Filing | June 20, 2016 | August 30, 2016 |
| NonDisp Hearing | July 20, 2016 | Sept. 28, 2016 |
| Dispo Filing | September 20, 2016 | October 29, 2016 |
| Dispo Hearing | November 2, 2016 | December 7, 2016 |
| PreTrial Conf. | January 5, 2017 | January 26, 2017 |
| Trial | March 7, 2017 | March 7, 2017 |
| Settlement Conf. | August 19, 2016 | October 7, 2016, before Magistrate Judge Michael J. Seng |

Plaintiff's "Motion to Modify Expert Witness Disclosure Deadline from April 22, 2016 to July 1, 2016" (Doc. 116) is DENIED as MOOT, and the hearing on the Motion presently set for April 22, 2016 at 10:00 a.m. is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **April 19, 2016**                                   **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE