ROBERT NAVARRO
State Bar No. 128461
Attorney at Law
1295 North Wishon Avenue, Suite 207
Fresno, California 93728
tel:  559.240.2354   fax  559.497.5471
robrojo@att.net

CAROLYN D. PHILLIPS
State Bar No. 103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
tel:  559.248.9833   fax:  559.248.9820
cdp18@sbcglobal.net

Attorneys for Plaintiff Dominic Hanna

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC HANNA,<br><br>                Plaintiff,<br><br>         v.<br><br>FRESNO COUNTY, et al.,<br><br>                Defendants. | Case No.  1:14-CV-00142-LJO-SKO<br><br>**STIPULATED PROTECTIVE ORDER REGARDING DISCOVERY** IN ***HALL v. COUNTY OF FRESNO*** |

Subject to the approval of this Court, the parties, defendants by and through counsel Carey Johnson and Michelle Pepper, and plaintiff through his counsel of record Robert Navarro and Carolyn Phillips, along with counsel for all parties in *Hall et al., v. County of Fresno, et al.*, U.S. District Court, Case No.1:11-cv-2047 LJO, (*Hall*), defendants by and through Fresno County Counsel Daniel Cederborg and plaintiffs by and through their counsel Prison Law Office Senior Staff Attorney Alison Hardy, hereby stipulate to the following protective order regarding the *Hall* defendants' discovery responses containing confidential materials:

1) Notwithstanding protective orders in the *Hall* case (Doc. nos. 51 and 119 therein), which remain if full force and effect except as modified by this document, discovery responses, including those marked "CONFIDENTIAL," produced by defendants in *Hall, et al. v. County of Fresno, et al.*, U.S. District Court Case No.1:11-cv-2047, including but not limited to written responses, documents, electronic materials, records and other materials,[1] may be disclosed or made available only to the Court, to counsel for the parties in *Hanna v. County of Fresno*, Case No. 1:14-cv-00142, (including the paralegal, clerical, and secretarial staff employed by such counsel), and to the "qualified person" designated below:

  a)  Fresno County Risk Management on behalf of the Fresno County Board of Supervisors;

  b)  experts, consultants, psychologists, psychiatrists, or other health care professionals retained by such counsel to assist in the prosecution, defense, or settlement of this action;

  c)  court reporter(s) employed in this action;

  d)  a witness at any deposition or other proceeding in this action; and

  e)  any other person as to whom the parties in writing agree.

---

[1] Production of confidential materials in the *Hall* case is subject to the following limitations: (a) The four sealed *Hall* expert reports submitted are not included in the discovery materials at issue in this protective order (*Hall*, Doc. 123); (b) no documents produced by the *Hall* plaintiffs to the *Hall* defendants will be produced to any party in *Hanna*; and (c), the following confidential documents in *Hall* will not be produced to any party in *Hanna* – Murphy Medical Records (DEF009759 - 009876); Hall Medical Records (DEF010546 – 010874); Gonzalez Medical Records (DEF010875 – 011004); Merryman Medical Records (DEF011005 – 011158); Singh Medical Records (DEF011159 – 011544); Class members' grievances re healthcare (DEF015330 – 018496).

[Proposed] Stipulated Protective Order re Hall Documents;
Dominic Hanna v. County of Fresno, et al., Case No. 1:14-cv-00142 LJO/SKO                     2

2) Each "qualified person" to whom disclosure of the confidential material is made shall prior to the time of disclosure be provided by the person furnishing such materials a copy of this Order, and shall execute a nondisclosure agreement in the form of Attachment A, to be maintained by counsel.

3) Depositions shall be taken only in the presence of qualified persons.

4) If any medical and psychiatric records, subject to this protective order, are included in any papers to be filed in Court, such papers shall be labeled "Confidential – Subject to Court Order" and filed under seal until further order of this Court.

5) In the event that any of the above-described confidential material is used in any court proceeding in this action, it shall not lose its confidential status through such use, and the party using such shall take all reasonable steps to maintain its confidentiality during such use.

6) Nothing in this Order nor the production of any information or document under the terms of this Order nor any proceedings pursuant to this Order shall be deemed to have the effect of an admission or waiver by any party or of altering the confidentiality or noncom-fidentiality of any such document or information or altering any existing obligation of any party or the absence thereof.

7) Upon termination of this case, counsel for the parties in *Hanna* shall assemble all protected records, all deposition transcripts, and all copies of same, and destroy these documents. Each party shall certify the destruction thereof.

IT IS SO STIPULATED:

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated:        2016 | | ROBERT NAVARRO<br>CAROLYN D. PHILLIPS |

By: /s/Carolyn D. Phillips
Carolyn D. Phillips
Attorneys for Plaintiff
DOMINIC HANNA

Dated:        2016                STAMMER, McKNIGHT, BARNUM &
                                   BAILEY, LLP

By: /s/ Carey Johnson
CAREY JOHNSON
Attorneys for Defendants COUNTY OF FRESNO, MARGARET MIMS, EDWARD MORENO, PRATAP NARAYEN, RICK HILL, MARILYNN WELDON, TRICIA NEKOLA, KAREN NUNEZ, and THAYIN VU

Dated:        2016                FRESNO COUNTY COUNSEL

By: /s/Daniel Cederborg
DANIEL CEDERBORG
Attorneys for Defendants in
*Hall, et al., v. Count of Fresno, et al.*,
USDC Case No. 1:11-cv-2047-cv-2047

//
//
//
//
//
//
//

| | | |
|---|---|---|
| Dated: 2016 | | PRISON LAW OFFICE |

By /s/*Alison Hardy*
ALISON HARDY, Sen. Staff Attorney
Attorneys for Plaintiffs in
*Hall, et al., v. Count of Fresno, et al.*,
USDC Case No. 1:11-cv-2047

## ORDER

Pursuant to Rule 141.1 of the Local Rules of the United States District Court, Eastern District of California, the parties' Stipulated Protective Order Regarding Discovery in *Hall et al., v. County of Fresno, et al.*, U.S. District Court, Case No.1:11-cv-2047-LJO-BAM, is hereby approved.

IT IS SO ORDERED.

Dated:  **June 6, 2016**                              /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

I, _____, have read the Protective Order in *Hanna v. County of Fresno*, Case No. 1:14-cv-00142-LJO-SKO). I understand and agree to be bound by and abide by its terms. I agree that all information provided to me in this matter is to be treated as confidential. I further consent to be subject to the jurisdiction of the United States District Court for the Eastern District of California for the purposes of any proceeding relating to the enforcement of this Order, including, without limitation, any proceeding for contempt.

Date: _____

_____
Signature

_____
Printed Name