ROBERT NAVARRO
Bar No. 128461
Attorney at Law
1245 N. Wishon Ave., Ste. 3
Fresno, California 93728
tel: 559.497-5341   fax:  559.497-5471
robrojo@att.net

CAROLYN D. PHILLIPS
Bar No. 103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
tel: 559.248.9833   fax: 559.248.9820
cdp18@sbcglobal.net

Attorneys for Petitioner DOMINIC HANNA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOMINIC HANNA, | ) | Case No. 1:14-cv-00142 LJO/SKO |
| Plaintiff, | ) | STIPULATION FOR MODIFICATION |
| v. | ) | OF DISPOSITIVE MOTIONS |
| | ) | DEADLINE AND HEARING DATE; |
| | ) | ORDER |
| FRESNO COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On October 7, 2016 the parties participated in good faith settlement discussions

with Judge Seng.  The discussions while fruitful were hampered by the absence of the

authorization of a settlement amount by the Board of Supervisors due to insufficient

time to get plaintiff's settlement demand to the Board. It is expected that plaintiff's good

faith offer will be presented to the Fresno County Board of Supervisors November 1,

2016. Another settlement conference has been set with Judge Seng November 3, 2016, 9:00 a.m. However, the parties are faced with a dispositive motions deadline of October 31, 2016 requiring the investment of attorney hours and expenses, interfering with the current settlement discussions.

The parties, therefore, stipulate and agree that in the spirit of continued good faith discussions toward resolution of this litigation that the dispositive motions deadline and hearing date be reset as follows:

Dispositive motions to be filed November 21, 2016

Hearing January 4, 2017

**IT IS SO STIPULATED:**


Dated:          October 7, 2016                    ROBERT NAVARRO
                                                   CAROLYN D. PHILLIPS

                                                   By: /s/ Carolyn D, Phillips
                                                   Carolyn D. Phillips
                                                   Attorneys for Petitioner
                                                   DOMINIC HANNA


Dated:          October 7, 2016                    STAMMER, McKNIGHT

                                                   By:/s/Carey Johnson
                                                   CAREY JOHNSON
                                                   Attorneys for Defendants

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## ORDER

Based on the parties' stipulation, and good cause having been shown under Fed. R. Civ. P. 16(b)(4), it is hereby ORDERED that the deadline for filing and hearing of dispositive motions is modified as follows:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Dispositive Motion Filing: | October 31, 2016 | November 21, 2016 |
| Dispositive Hearing: | December 7, 2016 | January 4, 2017 |

To allow the Court adequate time to rule on dispositive motions, and for the parties to prepare their pretrial submissions, it is further ORDERED that the Pretrial Conference, currently set for January 26, 2017, is hereby CONTINUED to February 8, 2017, at 8:15 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill, Chief United States District Judge.

This modification does not change the trial date, which remains set for March 7, 2017, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **October 11, 2016**              /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE